AO 72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

WILLIAM MADISON HOWELL,

Petitioner,

v.

CALVIN D. MORTON, Warden,

Respondent.

CIVIL ACTION NO. CV204-189

## ORDER

Petitioner has notified the Court that he is currently incarcerated at D. Ray James Prison in Folkston, Georgia. As Calvin D. Morton, the Warden at D. Ray James Prison, is Petitioner's current custodian, he is substituted for Tony Turpin as the Respondent. The Clerk is authorized and directed to dismiss Tony Turpin and substitute therefore Calvin D. Morton as the Respondent in this case.

**SO ORDERED**, this 14th day of June, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE