IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUL -5 P 12: 36

CLERK
SO. DIST. OF GA.

WILLIAM MADISON HOWELL,

Petitioner,

v.   :   CIVIL ACTION NO. CV204-189

CALVIN D. MORTON, Warden,
and JAMES E. DONALD, Commissioner
Department of Corrections,

Respondents.

## ORDER

Having read and considered the motion of James E. Donald, Commissioner of the Georgia Department of Corrections to intervene as a Respondent in this case, the same is hereby **GRANTED**. (Doc. 19.) The Clerk is authorized and directed to add James E. Donald, Commissioner to the docket of this case.

**SO ORDERED**, this 5th day of July, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)