IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

WILLIAM MADISON HOWELL,

Petitioner,

v.

CIVIL ACTION NO. CV204-189

CALVIN D. MORTON, Warden,
and JAMES E. DONALD, Commissioner
Department of Corrections,

Respondents.

## ORDER

Petitioner has filed a Motion for Hearing, Motion for Copies, and Motion to Serve the Amended Petition in a letter addressed to the Judges and the Clerk. (Doc. 17.) Petitioner's Motion for Hearing is **dismissed** as moot. His Motion for Copies is **denied**. Petitioner may purchase desired copies directly from the Clerk of Court upon payment of the costs. Petitioner's Motion to Serve the Amended Petition is **granted**. The Clerk is directed to serve a copy of the Amended Petition upon counsel for Respondents. The Respondents are directed to file their desired response within twenty (20) days of the date of this Order.

**SO ORDERED**, this 6th day of July, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE