

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

WILLIAM MADISON HOWELL,

    Petitioner,

v.

CALVIN D. MORTON, Warden, and
JAMES E. DONALD, Commissioner
Department of Corrections,

    Respondents.

CIVIL ACTION NO. CV204-189

## ORDER

After an independent review of the record, the Court concurs with the Report and Recommendation of the Magistrate Judge, to which Petitioner William Madison Howell ("Howell") filed Objections. In his Objections, Howell asserts that his Alford[1] plea should not preclude grounds two (2) through four (4), six (6), and seven (7) for seeking habeas corpus relief. Howell contends that his Alford plea is not valid because it was involuntarily made due to a fear of death. Howell also asserts that due process prohibits the conviction of a mentally incompetent person, such as himself. Howell contends that he is not procedurally barred from challenging his indictment because due process has been violated and his attorneys did not provide effective assistance of counsel.

---

[1] North Carolina v. Alford, 400 U.S. 25, 91 S. Ct. 162, 27 L. Ed.2d 162 (1970) (holding that a Defendant may enter a plea of guilty "despite his professed beliefs in his innocence").

AO 72A
(Rev. 8/82)

Howell's Objections are without merit. Howell's objections essentially reassert the allegations of his original petition which the Magistrate Judge correctly decided. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Howell's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, is **DENIED**. The Clerk of Court is hereby authorized and directed to enter the appropriate Judgment.

**SO ORDERED**, this 21 day of Feb., 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)